**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jacob E. Heric*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
jacob.heric@usdoj.gov

*main: (973) 645-2700*
*direct: (973) 645-2709*

August 18, 2026

**BY ECF**
Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08101

**Re: *Hernandez Rivera v. Blanche, et al.*, Civ. No. 26-10421 (RK)**
**Confirmation of Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at approximately 12:05 p.m. on August 17, 2026.

Thank you for your continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Jacob E. Heric*
JACOB E. HERIC
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc: All counsel of record (via ECF)

This matter shall be marked CLOSED.

SO ORDERED.

Robert Kirsch, U.S.D.J.
DATE: **August 27, 2026**